

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

October 23, 2015

The Honorable Mike Denton
Judge, County Court At Law No. 4
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767

The Honorable Velva L. Price
Criminal District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

The Honorable Rosemary Lehmberg
District Attorney
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

Ms. Christine Regalado Gutierrez
Court Reporter
County Court at Law No. 4
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

✓ Mr. Christopher John Taylor
Booking Number 1531380
3614 Bill Price Road
Del Valle, TX 78614

RE:   Court of Appeals Number:   03-15-00607-CR
      Trial Court Case Number:   D-1-DC-12-302018

Style:   Christopher John Taylor
         v.

         The State of Texas



RECEIVED
NOV 0 5 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

The Supreme Court of Texas ordered the above cause **TRANSFERRED** to the Seventh Court of Appeals. The record has been forwarded to the Seventh Court of Appeals, Amarillo, Texas, on the date noted above.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Amy Strother*

Amy Strother, Deputy Clerk

0011/03/15

8270 DE 1278 782 NIXIE

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

OF TEXAS
Y FOR
USE

PRESORTED
FIRST CLASS

ZIP 78701
02 1W
0001401623 OCT. 26 2015

$ 000.41⁶

RETURN TO SENDER
[] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[] ILLEGIBLE NO LONGER/DOB
[] NEED INMATE WRITING
[] NOT ACCEPTED-NO RETURN ADDRESS

RTS

MR. CHRISTOPHER JOHN TAYLOR
BOOKING NUMBER 1531380
3614 BILL PRICE ROAD
DEL VALLE, TX 78614

RECEIVED
NOV 0 5 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

66 KQV-530 78617